IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BARBARA J. OWENS,

    Plaintiff,

vs.

                              No. 04cv2367 –D
                                  JURY DEMANDED

WAL-MART STORES, INC.,

    Defendant.

---

## ORDER GRANTING MOTION
## FOR EXTENSION OF TIME TO DISCLOSE EXPERTS

---

    It appearing to the Court based upon the combined Motion and Memorandum of Plaintiff to extend deadline to disclose experts should be granted.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff shall have until October 1, 2005 to disclose its proposed experts and that the Defendant shall have until November 1, 2005 to disclose its experts.

                                                _____
                                                Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

Dated: August 3, 2005



H:\JSK\OWENS,Barbara.O15134\Pleadings\Order.08-1-05.wpd

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:04-CV-02367 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Jill M. Steinberg
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

James S. King
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Honorable Bernice Donald
US DISTRICT COURT