FILED BY _____ D.C.

05 DEC 14  AM 6: 47

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

BARBARA J. OWENS,

    Plaintiff,

v.

    Case No.: 04-2367 D

WAL-MART STORES, INC.,

    Defendant.

## ORDER GRANTING **FINAL** EXTENSION

Before the court is Plaintiff's Motion for Extension of Deadline to Disclose Experts and Defendant's response in opposition thereto. Upon review of the motion and response, the court finds that Plaintiff has demonstrated cause for relief. Accordingly, the court will grant Plaintiff a **FINAL** extension, until **January 31, 2006,** to disclose experts. Defendant is granted an extension of thirty (30) days thereafter to disclose experts.

The February 27, 2006 trial date is stricken and will be rest by separate order.

**IT IS SO ORDERED** this 13th day of December, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CV-02367 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

James S. King
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Jill M. Steinberg
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT